PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | District Court Case No: 2:12-CV-05960-MWF |
| **JOSE PEREZ**, | Bankruptcy Court Case No: 2:10-bk-63178-ER |
| Debtor. | **ORDER APPROVING STIPULATION TO STAY APPEAL DEADLINES AND FOR LIMITED REMAND TO BANKRUPTCY COURT TO CONSIDER PROPOSED SETTLEMENT**<br><br>[NO HEARING REQUIRED] |

After consideration of the Stipulation to Stay Appeal Deadlines and for Limited Remand to Bankruptcy Court to Consider Proposed Settlement filed by the parties and for good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED that the Stipulation to Stay Appeal Deadlines and for Limited Remand to Bankruptcy Court to Consider Proposed Settlement is APPROVED;

1

1    IT IS FURTHER ORDERED that this matter is hereby remanded to the United States
2 Bankruptcy Court for the limited purpose of allowing the United States Bankruptcy Court to
3 consider the proposed settlement negotiated and reached by the parties, and, if it approves the
4 proposed settlement, take any further action necessary to effectuate the proposed settlement;

5    IT IS FURTHER ORDERED that any and all Appeal deadlines, including briefing
6 deadlines, are stayed, effective the date of the filing of the Stipulation to Stay Appeal Deadlines and
7 for Limited Remand to Bankruptcy Court to Consider Proposed Settlement;

8    IT IS FURTHER ORDERED that, if the United States Bankruptcy Court approves the
9 proposed settlement, the parties shall file a separate stipulation to dismiss this Appeal; and

10    IT IS FURTHER ORDERED that, if the United States Bankruptcy Court fails to approve
11 the proposed settlement, Appellant's opening brief shall be filed and served no later than 14 days
12 after entry of an order denying approval of the proposed settlement; Appellee's opening brief shall
13 be filed and served no later than 30 days after service of Appellant's opening brief; and Appellant's
14 reply brief shall be filed and served no later than 14 days after service of Appellee's brief.

15    IT IS SO ORDERED.

IT IS SO ORDERED.

DATED: November 29, 2012

_____
UNITED STATES DISTRICT JUDGE

22 cc: USBC

2