JS-6

1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  HATTY YIP, State Bar No. 246487
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, Suite 2600
5  Los Angeles, California 90017-5418
   (213) 894-1507 telephone
6  (213) 894-2603 facsimile
   Email: hatty.yip@usdoj.gov

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| In re: | ) | District Court Case No: 2:12-CV-05960-MWF |
|---|---|---|
| **JOSE PEREZ**, | ) ) ) | Bankruptcy Court Case No: 2:10-bk-63178-ER |
| Debtor. | ) ) ) | **ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE** |
|  | ) ) | [NO HEARING REQUIRED] |

After consideration of the Stipulation to Dismiss Appeal with Prejudice filed by the parties, the United States Bankruptcy Court having entered an Order Approving Settlement of Attorney Fee Disgorgement Order and Appeal Thereof, and for good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal with Prejudice is APPROVED;

1       IT IS FURTHER ORDERED that this Appeal, case no. 2:12-cv-05960-MWF, is HEREBY
2  DISMISSED WITH PREJUDICE.
3       IT IS SO ORDERED.

4                                          # # #

                             IT IS SO ORDERED.

                             DATED:  March 13, 2013

                             _____
                             UNITED STATES DISTRICT JUDGE

2